# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | | |
|---|---|---|
| CLEAN HARBORS SERVICES, INC., a Massachusetts corporation, | ) ) ) | |
| Plaintiff/Counterdefendant, | ) ) | |
| v. | ) ) | No. 12 CV 7837 |
| THE ILLINOIS INTERNATIONAL PORT DISTRICT, an Illinois Municipal Corporation, | ) ) ) | Honorable Judge Thomas M. Durkin |
| Defendant/Counterplaintiff. | ) ) | |

## NOTICE OF AGREED MOTION

TO: ALL COUNSEL OF RECORD

    PLEASE TAKE NOTICE that on October 17, 2013 at 9:00 a.m., or as soon thereafter as the matter may be heard, we will appear before the Honorable Judge Thomas M. Durkin in the United States District Court for the Northern District of Illinois, Eastern Division, Suite 1725, 219 S. Dearborn Street, Chicago, Illinois, or any other judge sitting in his stead, and present **The Parties' Joint Motion to Stay Oral Discovery and Extend the Fact Discovery Completion Date,** a true and correct copy of which is hereby served upon you.

Dated: October 10, 2013

Respectfully requested,

ILLINOIS INTERNATIONAL PORT DISTRICT

By: /s/ James D. Brusslan
      One of Its Attorneys

Attorneys for Clean Harbors Services, Inc.

Attorneys for the Illinois International Port District

John F. Kennedy
Susan Poll-Klaessy
Jonathan B. Amarilio
Shefsky & Froelich, Ltd.
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601-3713
Telephone: (312)527-4000

James D. Brusslan
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, IL 60602
Telephone: (312) 476-7570
Fax: (312) 346-8434
E-mail: jbrusslan@lplegal.com

LP 4292135.2 \ 39376-92938

Fax: (312) 527-4011
jkennedy@shefskylaw.com
sklaessy@shefskylaw.com
jamarilio@shefskylaw.com

Michael D. Leroy
Paul M. Rickelman
NEAL & LEROY, LLC
203 North LaSalle Street, Suite 2300
Chicago, IL 60601
Telephone: (312) 641-7144
Fax: (312) 641-5167
E-mail: mleroy@nealandleroy.com
E-mail: prickelman@nealandleroy.com

Christopher J. Werner
Werner Business Law
53 West Jackson Blvd.
Suite 1627
Chicago, Illinois 60604
Telephone: (312)339-4984
cwerner@wernerbusinesslaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 17, 2013, all individuals of record who are deemed to have consented to electronic service are being served true and correct copy of the attached Notice of Agreed Motion, and the Parties' Joint Motion to Stay Oral Discovery and Extend the Fact Discovery Completion Date, using the Court's ECF system.

/s/   James D. Brusslan