## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Clean Harbors Services Inc

                           Plaintiff,

v.

                                        Case No.: 1:12–cv–07837
                                        Honorable Thomas M. Durkin

Illinois International Port District

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 15, 2013:

       MINUTE entry before Honorable Thomas M. Durkin:Agreed Motion for extension of time to complete discovery [60] is granted. Discovery is extended to and including 4/2/14. Parties are to contact this Court's courtroom deputy to either; (1) schedule a settlement conference with Judge Durkin or, (2) request a referral to the Magistrate Judge for a settlement conference. No appearance required on 10/17/13. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.