# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Clean Harbors Services Inc

                    Plaintiff,

v.                                            Case No.: 1:12–cv–07837
                                            Honorable Thomas M. Durkin

Illinois International Port District

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 4, 2013:

      MINUTE entry before the Honorable Thomas M. Durkin:Settlement conference held on 12/4/2013. Discovery is stayed pending further notification from the court. A status hearing set for 1/10/2014 at 09:00 a.m. for the parties to report on the progress of settlement negotiations. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.